

06396 .0087A 003892-003877
Profit Center: 610639600

Aramark Campus, LLC
1101 Market Street
Philadelphia, PA 19107

EmpNo: 000899275
PayGroup: UWWE4X
Location: PA0001
Profit Ctr: 610639600

| TAX | STATUS | ALLOW | ADDLAMT |
|---|---|---|---|
| FIT | S | 0 | 35.00 |
| PASIT | S | 0 | 0.00 |

Total Hours Worked: 6.31    Total Hours Paid: 6.31
YTD Sick Hours Taken: 0.00

## Earnings Statement

Page 001 of 001
Period Beg/End: 03/22/2018 - 03/28/2018
Advice Date: 04/05/2018
Advice Number: 0005878488
Batch Number: 000000000044

Russo, Lisa D
2834 S 10th St
Philadelphia, PA 19148

### EARNINGS

| Earnings | Hours | Rate | Current | YTD |
|---|---|---|---|---|
| CURRENT PERIOD: 03/22/2018-03/28/2018 | | | | |
| Regular Pay | 6.31 | 7.83 | 49.41 | 574.58 |
| Commission $ | 0.00 | 0.00 | 204.00 | 1,818.33 |
| Regular Pay $ | 0.00 | 0.00 | 0.00 | 1,260.00 |

### DEDUCTIONS

| Deduction | Current | Arrears | YTD |
|---|---|---|---|
| Union Dues 1 | 0.00 | 0.00 | 145.20 |
| UnionPAC1-All | 1.00 | 1.00 | 14.00 |

### TAXES

| Tax Code | Current | YTD |
|---|---|---|
| Federal Income | 53.23 | 691.66 |
| Employee Medica | 3.68 | 52.97 |
| Social Security | 15.71 | 226.48 |
| PA State Income | 7.78 | 112.16 |
| PHILA R | 9.86 | 142.13 |
| PA Unemployment | 0.15 | 2.18 |

### NET PAY DISTRIBUTIONS

| Account Number | Type | Amount |
|---|---|---|
| xxxxxxxxxxxxxxxxxx9251 | Checking | 161.00 |

### EMPLOYEE ACCRUALS

| Accrual Description | Current | Balance |
|---|---|---|
| | 0.00 | 0.00 |

Total Net Pay     161.00

| | GROSS | TAXES | DEDS | NET PAY |
|---|---|---|---|---|
| CUR | 253.41 | 90.41 | 2.00 | 161.00 |
| YTD | 3652.91 | 1227.58 | 159.20 | 2266.13 |

Questions: Contact Center Phone: 800-729-5432 M-F 8-6 EST Email:PaymentServices@aramark.com

# Earnings Statement

**aramark**

06396  00H7A  004297-004281

Profit Center: 610639600

Aramark Campus, LLC
1101 Market Street
Philadelphia, PA 19107

| | |
|---|---|
| Period Beg/End: | Page 001 of 001<br>03/29/2018 - 04/04/2018 |
| Advice Date: | 04/12/2018 |
| Advice Number: | 0005930294 |
| Batch Number: | 000000000046 |

```
EmpNo: 000899275
PayGroup: UWWE4X
Location: PA0001
Profit Ctr: 610639600
TAX     STATUS  ALLOW  ADDLAMT
FIT        S      0    35.00
PASIT      S      0     0.00
```

Russo, Lisa D
2834 S 10th St
Philadelphia, PA 19148

Total Hours Worked:  7.00      Total Hours Paid: 7.00
YTD Sick Hours Taken: 0.00

### EARNINGS

| Earnings | Hours | Rate | Current | YTD |
|---|---|---|---|---|
| CURRENT PERIOD: 03/29/2018-04/04/2018 | | | | |
| Regular Pay $ | 7.00 | 0.00 | 180.00 | 1,440.00 |
| Regular Pay | 0.00 | 0.00 | 0.00 | 574.58 |
| Commission $ | 0.00 | 0.00 | 0.00 | 1,818.33 |

### DEDUCTIONS

| Deduction | Current | Arrears | YTD |
|---|---|---|---|
| Union Dues 1 | 0.00 | 0.00 | 145.20 |
| UnionPAC1-All | 1.00 | 0.00 | 15.00 |

### TAXES

| Tax Code | Current | YTD |
|---|---|---|
| Federal Income | 45.88 | 737.54 |
| Employee Medica | 2.61 | 55.58 |
| Social Security | 11.16 | 237.64 |
| PA State Income | 5.53 | 117.69 |
| PHILA R | 7.00 | 149.13 |
| PA Unemployment | 0.11 | 2.29 |

### NET PAY DISTRIBUTIONS

| Account Number | Type | Amount |
|---|---|---|
| xxxxxxxxxxxxxxxxx9251 | Checking | 106.71 |

Total Net Pay                    106.71

### EMPLOYEE ACCRUALS

| Accrual Description | Current | Balance |
|---|---|---|
| | 0.00 | 0.00 |

| | GROSS | TAXES | DEDS | NET PAY |
|---|---|---|---|---|
| CUR | 180.00 | 72.29 | 1.00 | 106.71 |
| YTD | 3832.91 | 1299.87 | 160.20 | 2372.84 |

Customer Service Phone: 800-729-5432 M-F 8-6 EST Email:PaymentServices@aramark.com

# Earnings Statement

**aramark**

06396   00H7A   002460-002451
Profit Center: 610639600

Aramark Campus, LLC
1101 Market Street
Philadelphia, PA 19107

EmpNo: 000899275
PayGroup: UWWE4X
Location: PA0001
Profit Ctr: 610639600

| TAX   | STATUS | ALLOW | ADDLAMT |
|-------|--------|-------|---------|
| FIT   | S      | 0     | 35.00   |
| PASIT | S      | 0     | 0.00    |

Page 001 of 001
Period Beg/End:   04/05/2018 - 04/11/2018
Advice Date:      04/19/2018
Advice Number:    0006020352
Batch Number:     000000000049

Russo, Lisa D
2834 S 10th St
Philadelphia, PA 19148

Total Hours Worked:    38.98     Total Hours Paid: 38.98
YTD Sick Hours Taken:   0.00

## EARNINGS

| Earnings | Hours | Rate | Current | YTD |
|----------|-------|------|---------|-----|
| CURRENT PERIOD: 04/05/2018-04/11/2018 | | | | |
| Regular Pay | 38.98 | 11.91 | 464.25 | 1,038.83 |
| TipCashPaidUpd | 0.00 | 0.00 | 126.00 | 126.00 |
| Regular Pay $ | 0.00 | 0.00 | 0.00 | 1,440.00 |
| Commission $ | 0.00 | 0.00 | 0.00 | 1,818.33 |

## DEDUCTIONS

| Deduction | Current | Arrears | YTD |
|-----------|---------|---------|-----|
| TipCashPaidUpd | 126.00 | 0.00 | 126.00 |
| Union Dues 1 | 48.40 | 0.00 | 193.60 |
| UnionPAC1-All | 1.00 | 0.00 | 16.00 |

## TAXES

| Tax Code | Current | YTD |
|----------|---------|-----|
| Federal Income | 93.63 | 831.17 |
| Employee Medica | 8.56 | 64.14 |
| Social Security | 36.60 | 274.24 |
| PA State Income | 18.12 | 135.81 |
| PHILA R | 22.96 | 172.09 |
| PA Unemployment | 0.35 | 2.64 |

## NET PAY DISTRIBUTIONS

| Account Number | Type | Amount |
|----------------|------|--------|
| xxxxxxxxxxxxxxxxxx9251 | Checking | 234.63 |

Total Net Pay    234.63

## EMPLOYEE ACCRUALS

| Accrual Description | Current | Balance |
|---------------------|---------|---------|
|                     | 0.00    | 0.00    |

| | GROSS | TAXES | DEDS | NET PAY |
|---|-------|-------|------|---------|
| CUR | 590.25 | 180.22 | 175.40 | 234.63 |
| YTD | 4423.16 | 1480.09 | 335.60 | 2607.47 |

Questions: Contact Center Phone: 800-729-5432 M-F 8-6 EST Email: PaymentServices@aramark.com



©1998, 2006. ADP, LLC All Rights Reserved.

TEAR HERE ▼



06396    00H7A    004283-004267

**aramark**

Profit Center: 610639600

Aramark Campus, LLC
1101 Market Street
Philadelphia, PA 19107

EmpNo: 000899275
PayGroup: UWWE4X
Location: PA0001
Profit Ctr: 610639600
TAX      STATUS  ALLOW  ADDLAMT
FIT         S       0     35.00
PASIT       S       0      0.00

Total Hours Worked:    15.02     Total Hours Paid: 15.02
YTD Sick Hours Taken:   0.00

# Earnings Statement

Page 001 of 001
Period Beg/End:   04/12/2018 - 04/18/2018
Advice Date:      04/26/2018
Advice Number:    0006062171
Batch Number:     000000000050

Russo, Lisa D
2834 S 10th St
Philadelphia, PA 19148

## EARNINGS

| Earnings | Hours | Rate | Current | YTD |
|---|---|---|---|---|
| CURRENT PERIOD: 04/12/2018-04/18/2018 | | | | |
| Regular Pay | 15.02 | 7.93 | 119.11 | 1,157.94 |
| Commission $ | 0.00 | 0.00 | 723.00 | 2,541.33 |
| Regular Pay $ | 0.00 | 0.00 | 0.00 | 1,440.00 |
| TipCashPaidUpd | 0.00 | 0.00 | 0.00 | 126.00 |

## DEDUCTIONS

| Deduction | Current | Arrears | YTD |
|---|---|---|---|
| TipCashPaidUpd | 0.00 | 0.00 | 126.00 |
| Union Dues 1 | 0.00 | 0.00 | 193.60 |
| UnionPAC1-All | 1.00 | 0.00 | 17.00 |

## TAXES

| Tax Code | Current | YTD |
|---|---|---|
| Federal Income | 126.52 | 957.69 |
| Employee Medica | 12.21 | 76.35 |
| Social Security | 52.21 | 326.45 |
| PA State Income | 25.85 | 161.66 |
| PHILA R | 32.76 | 204.85 |
| PA Unemployment | 0.51 | 3.15 |

## NET PAY DISTRIBUTIONS

| Account Number | Type | Amount |
|---|---|---|
| xxxxxxxxxxxxxxxxx9251 | Checking | 591.05 |

Total Net Pay    591.05

|  | GROSS | TAXES | DEDS | NET PAY |
|---|---|---|---|---|
| CUR | 842.11 | 250.06 | 1.00 | 591.05 |
| YTD | 5265.27 | 1730.15 | 336.60 | 3198.52 |

## EMPLOYEE ACCRUALS

| Accrual Description | Current | Balance |
|---|---|---|
| | 0.00 | 0.00 |

Questions: Contact Center Phone: 800-729-5432 M-F 8-6 EST  Email:PaymentServices@aramark.com



```
                   06396    -00H7A    003997-003982
           Profit Center: 610639600

           Aramark Campus, LLC
           1101 Market Street
           Philadelphia, PA 19107

     EmpNo: 000899275
     PayGroup: UWWE4X
     Location: PA0001
     Profit Ctr: 610639600
     TAX      STATUS  ALLOW  ADDLAMT
     FIT         S      0     35.00
     PASIT       S      0      0.00
```

# Earnings Statement

|  |  |
|---|---|
|  | Page 001 of 001 |
| Period Beg/End: | 04/19/2018 - 04/25/2018 |
| Advice Date: | 05/03/2018 |
| Advice Number: | 0006164982 |
| Batch Number: | 000000000052 |

Russo, Lisa D
2834 S 10th St
Philadelphia, PA 19148

Total Hours Worked:   14.50        Total Hours Paid: 14.50
YTD Sick Hours Taken:  0.00

### EARNINGS

| Earnings | Hours | Rate | Current | YTD |
|---|---|---|---|---|
| CURRENT PERIOD: 04/19/2018-04/25/2018 | | | | |
| Regular Pay | 14.50 | 11.91 | 172.70 | 1,330.64 |
| TipCashPaidUpd | 0.00 | 0.00 | 72.00 | 198.00 |
| Regular Pay $ | 0.00 | 0.00 | 0.00 | 1,440.00 |
| Commission $ | 0.00 | 0.00 | 0.00 | 2,541.33 |

### DEDUCTIONS

| Deduction | Current | Arrears | YTD |
|---|---|---|---|
| TipCashPaidUpd | 72.00 | 0.00 | 198.00 |
| Union Dues 1 | 0.00 | 0.00 | 193.60 |
| UnionPAC1-All | 1.00 | 0.00 | 18.00 |

### TAXES

| Tax Code | Current | YTD |
|---|---|---|
| Federal Income | 52.35 | 1,010.04 |
| Employee Medica | 3.54 | 79.89 |
| Social Security | 15.17 | 341.62 |
| PA State Income | 7.51 | 169.17 |
| PHILA R | 9.52 | 214.37 |
| PA Unemployment | 0.15 | 3.30 |

### NET PAY DISTRIBUTIONS

| Account Number | Type | Amount |
|---|---|---|
| xxxxxxxxxxxxxxxxx9251 | Checking | 83.46 |

### EMPLOYEE ACCRUALS

| Accrual Description | Current | Balance |
|---|---|---|
|  | 0.00 | 0.00 |

Total Net Pay                        83.46

| | GROSS | TAXES | DEDS | NET PAY |
|---|---|---|---|---|
| CUR | 244.70 | 88.24 | 73.00 | 83.46 |
| YTD | 5509.97 | 1818.39 | 409.60 | 3281.98 |

Questions: Contact Center Phone: 800-729-5432 M-F 8-6 EST  Email: PaymentServices@aramark.com



06396   00H7A   004304-004288
Profit Center: 610639600

Aramark Campus, LLC
1101 Market Street
Philadelphia, PA 19107

EmpNo: 000899275
PayGroup: UWWE4X
Location: PA0001
Profit Ctr: 610639600
TAX        STATUS ALLOW ADDLAMT
FIT          S      0     35.00
PASIT        S      0      0.00

Total Hours Worked:    10.88       Total Hours Paid: 10.88
YTD Sick Hours Taken:   0.00

# Earnings Statement

Page 001 of 001
Period Beg/End:   04/26/2018 - 05/02/2018
Advice Date:      05/10/2018
Advice Number:    0006199844
Batch Number:     000000000054

Russo, Lisa D
2834 S 10th St
Philadelphia, PA 19148

### EARNINGS

| Earnings | Hours | Rate | Current | YTD |
|---|---|---|---|---|
| CURRENT PERIOD: 04/26/2018-05/02/2018 | | | | |
| Regular Pay | 7.52 | 7.93 | 59.63 | |
| Regular Pay | 3.36 | 11.91 | 40.02 | 1,430.29 |
| Commission $ | 0.00 | 0.00 | 190.00 | 2,731.33 |
| TipCashPaidUpd | 0.00 | 0.00 | 59.00 | 257.00 |
| Regular Pay $ | 0.00 | 0.00 | 0.00 | 1,440.00 |

### DEDUCTIONS

| Deduction | Current | Arrears | YTD |
|---|---|---|---|
| TipCashPaidUpd | 59.00 | 0.00 | 257.00 |
| Union Dues 1 | 48.40 | 0.00 | 242.00 |
| UnionPAC1-All | 1.00 | 0.00 | 19.00 |

### TAXES

| Tax Code | Current | YTD |
|---|---|---|
| Federal Income | 64.64 | 1,074.68 |
| Employee Medica | 5.06 | 84.95 |
| Social Security | 21.61 | 363.23 |
| PA State Income | 10.70 | 179.87 |
| PHILA R | 13.56 | 227.93 |
| PA Unemployment | 0.21 | 3.51 |

### NET PAY DISTRIBUTIONS

| Account Number | Type | Amount |
|---|---|---|
| xxxxxxxxxxxxxxxxx9251 | Checking | 124.47 |

Total Net Pay          124.47

| | GROSS | TAXES | DEDS | NET PAY |
|---|---|---|---|---|
| CUR | 348.65 | 115.78 | 108.40 | 124.47 |
| YTD | 5858.62 | 1934.17 | 518.00 | 3406.45 |

### EMPLOYEE ACCRUALS

| Accrual Description | Current | Balance |
|---|---|---|
| | 0.00 | 0.00 |

Questions: Contact Center Phone: 800-729-5432 M-F 8-6 EST Email: PaymentServices@aramark.com



06396    -00H7A    004485-004469
Profit Center: 610639600

Aramark Campus, LLC
1101 Market Street
Philadelphia, PA 19107

EmpNo: 000899275
PayGroup: UWWE4X
Location: PA0001
Profit Ctr: 610639600

| TAX | STATUS | ALLOW | ADDLAMT |
|---|---|---|---|
| FIT | S | 0 | 35.00 |
| PASIT | S | 0 | 0.00 |

Total Hours Worked:    21.25       Total Hours Paid: 21.25
YTD Sick Hours Taken:  0.00

# Earnings Statement

Page 001 of 001
Period Beg/End:    05/03/2018 - 05/09/2018
Advice Date:       05/17/2018
Advice Number:     0006273659
Batch Number:      000000000056

Russo, Lisa D
2834 S 10th St
Philadelphia, PA 19148

## EARNINGS

| Earnings | Hours | Rate | Current | YTD |
|---|---|---|---|---|
| CURRENT PERIOD: 05/03/2018-05/09/2018 | | | | |
| Regular Pay | 7.27 | 7.93 | 57.65 | |
| Regular Pay | 13.98 | 11.91 | 166.50 | 1,654.44 |
| Commission $ | 0.00 | 0.00 | 187.00 | 2,918.33 |
| TipCashPaidUpd | 0.00 | 0.00 | 161.00 | 418.00 |
| Regular Pay $ | 0.00 | 0.00 | 0.00 | 1,440.00 |

## DEDUCTIONS

| Deduction | Current | Arrears | YTD |
|---|---|---|---|
| TipCashPaidUpd | 161.00 | 0.00 | 418.00 |
| Union Dues 1 | 0.00 | 0.00 | 242.00 |
| UnionPAC1-All | 1.00 | 0.00 | 20.00 |

## TAXES

| Tax Code | Current | YTD |
|---|---|---|
| Federal Income | 91.46 | 1,166.14 |
| Employee Medica | 8.30 | 93.25 |
| Social Security | 35.48 | 398.71 |
| PA State Income | 17.57 | 197.44 |
| PHILA R | 22.26 | 250.19 |
| PA Unemployment | 0.34 | 3.85 |

## NET PAY DISTRIBUTIONS

| Account Number | Type | Amount |
|---|---|---|
| xxxxxxxxxxxxxxxxx9251 | Checking | 234.74 |

Total Net Pay                            234.74

| | GROSS | TAXES | DEDS | NET PAY |
|---|---|---|---|---|
| CUR | 572.15 | 175.41 | 162.00 | 234.74 |
| YTD | 6430.77 | 2109.58 | 580.00 | 3641.19 |

## EMPLOYEE ACCRUALS

| Accrual Description | Current | Balance |
|---|---|---|
| | 0.00 | 0.00 |

Questions: Contact Center Phone: 800-729-5432 M-F 8-6 EST Email: PaymentServices@aramark.com

©1998, 2006, ADP, LLC All Rights Reserved.

# Earnings Statement

**aramark**

08196   00117A   003983-003969
Profit Center: 610639600

Aramark Campus, LLC
1101 Market Street
Philadelphia, PA 19107

Period Beg/End: 05/10/2018 - 05/16/2018
Page 001 of 001
Advice Date: 05/24/2018
Advice Number: 0006337382
Batch Number: 000000000058

```
EmpNo: 000899275
PayGroup: UWWE4X
Location: PA0001
Profit Ctr: 610639600
TAX    STATUS ALLOW ADDLAMT
FIT      S      0    35.00
PASIT    S      0     0.00
```

Russo, Lisa D
2834 S 10th St
Philadelphia, PA 19148

Total Hours Worked: 9.60        Total Hours Paid: 9.60
YTD Sick Hours Taken: 0.00

### EARNINGS

| Earnings | Hours | Rate | Current | YTD |
|---|---|---|---|---|
| CURRENT PERIOD: 05/10/2018-05/16/2018 | | | | |
| Regular Pay | 9.60 | 7.93 | 76.13 | 1,730.57 |
| Commission $ | 0.00 | 0.00 | 353.00 | 3,271.33 |
| Regular Pay $ | 0.00 | 0.00 | 0.00 | 1,440.00 |
| TipCashPaidUpd | 0.00 | 0.00 | 0.00 | 418.00 |

### DEDUCTIONS

| Deduction | Current | Arrears | YTD |
|---|---|---|---|
| TipCashPaidUpd | 0.00 | 0.00 | 418.00 |
| Union Dues 1 | 0.00 | 0.00 | 242.00 |
| UnionPAC1-All | 1.00 | 0.00 | 21.00 |

### TAXES

| Tax Code | Current | YTD |
|---|---|---|
| Federal Income | 74.29 | 1,240.43 |
| Employee Medica | 6.22 | 99.47 |
| Social Security | 26.60 | 425.31 |
| PA State Income | 13.17 | 210.61 |
| PHILA R | 16.70 | 266.89 |
| PA Unemployment | 0.26 | 4.11 |

### NET PAY DISTRIBUTIONS

| Account Number | Type | Amount |
|---|---|---|
| xxxxxxxxxxxxxxxxx9251 | Checking | 290.89 |

Total Net Pay: 290.89

| | GROSS | TAXES | DEDS | NET PAY |
|---|---|---|---|---|
| CUR | 429.13 | 137.24 | 1.00 | 290.89 |
| YTD | 6859.90 | 2246.82 | 681.00 | 3932.08 |

### EMPLOYEE ACCRUALS

| Accrual Description | Current | Balance |
|---|---|---|
| | 0.00 | 0.00 |

Questions: Contact Center Phone: 800-729-5432 M-F 8-6 EST Email:PaymentServices@aramark.com

©1998, 2006. ADP, LLC All Rights Reserved.
© 2002 Automatic Data Processing (PCSUVO)