# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : |
| LISA DANIELLE RUSSO | : BK. No. 18-13603-amc |
| Debtor | : |
| | : Chapter No. 13 |
| AURORA FINANCIAL GROUP, INC | : |
| Movant | : |
| v. | : |
| LISA DANIELLE RUSSO | : |
| JOYCE L. RUSSO (NON-FILING CO-DEBTOR) | : 11 U.S.C. §362 AND §1301 |
| Respondents | : |

## ORDER

AND NOW, this ____ day of _____, 2020, it is hereby **ORDERED** that the corresponding Stipulation is hereby approved, shall be, and is hereby made an Order of this Court; and it is further;

**ORDERED** that FEDERAL RULE OF BANKRUPTCY PROCEDURE 3002.1 is no longer applicable to Movant, its successors or assignees.

**Date: May 11, 2020**

_____
**ASHELY M. CHAN**,
**Bankruptcy Judge**

WILLIAM C. MILLER, ESQ.
CHAPTER 13 TRUSTEE
P.O. BOX 1229
PHILADELPHIA, PA 19105

CHRISTIAN A. DICICCO
LAW OFFICES OF CHRISTIAN A. DICICCO
2008 CHESTNUT STREET
PHILADELPHIA, PA 19103

UNITED STATES TRUSTEE
OFFICE OF THE U.S. TRUSTEE
200 CHESTNUT STREET
SUITE 502
PHILADELPHIA, PA 19106

LISA DANIELLE RUSSO
2834 S. 10TH STREET
PHILADELPHIA, PA 19148

JOYCE L. RUSSO (NON-FILING CO-DEBTOR)
2834 SOUTH 10TH STREET
PHILADELPHIA, PA 19148

JEROME B. BLANK, ESQ.
PHELAN HALLINAN DIAMOND & JONES, LLP
1617 JFK BOULEVARD, SUITE 1400
PHILADELPHIA, PA 19103