United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 18-13603-amc
Lisa Danielle Russo                                                     Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: PaulP              Page 1 of 1              Date Rcvd: May 11, 2020
                              Form ID: pdf900          Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 13, 2020.
db           +Lisa Danielle Russo,   2834 S. 10th Street,   Philadelphia, PA 19148-5009
             +Joyce L. Russo,   2834 S. 10th Street,   Philadelphia, PA 19148-5009

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

    ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 13, 2020                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 11, 2020 at the address(es) listed below:
    CHRISTIAN A. DICICCO    on behalf of Debtor Lisa Danielle Russo
     cdicicco@myphillybankruptcylawyer.com,   christianadicicco@gmail.com;r57075@notify.bestcase.com
    JEROME B. BLANK    on behalf of Creditor    Aurora Financial Group, Inc. paeb@fedphe.com
    REBECCA ANN SOLARZ    on behalf of Creditor    Aurora Financial Group, Inc. bkgroup@kmllawgroup.com
    United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
    WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                             TOTAL: 5

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : |
| **LISA DANIELLE RUSSO** | :     BK. No. 18-13603-amc |
|                     **Debtor** | : |
| | :     **Chapter No. 13** |
| **AURORA FINANCIAL GROUP, INC** | : |
|                     **Movant** | : |
| v. | : |
| **LISA DANIELLE RUSSO** | : |
| **JOYCE L. RUSSO (NON-FILING CO-DEBTOR)** | :     **11 U.S.C. §362 AND §1301** |
|                   **Respondents** | : |

## ORDER

AND NOW, this _____ day of _____, 2020, it is hereby **ORDERED** that the corresponding Stipulation is hereby approved, shall be, and is hereby made an Order of this Court; and it is further;

**ORDERED** that FEDERAL RULE OF BANKRUPTCY PROCEDURE 3002.1 is no longer applicable to Movant, its successors or assignees.

**Date: May 11, 2020**

_____
**ASHELY M. CHAN**,
**Bankruptcy Judge**

WILLIAM C. MILLER, ESQ.
CHAPTER 13 TRUSTEE
P.O. BOX 1229
PHILADELPHIA, PA 19105

CHRISTIAN A. DICICCO
LAW OFFICES OF CHRISTIAN A. DICICCO
2008 CHESTNUT STREET
PHILADELPHIA, PA 19103

UNITED STATES TRUSTEE
OFFICE OF THE U.S. TRUSTEE
200 CHESTNUT STREET
SUITE 502
PHILADELPHIA, PA 19106

LISA DANIELLE RUSSO
2834 S. 10TH STREET
PHILADELPHIA, PA 19148

JOYCE L. RUSSO (NON-FILING CO-DEBTOR)
2834 SOUTH 10TH STREET
PHILADELPHIA, PA 19148

JEROME B. BLANK, ESQ.
PHELAN HALLINAN DIAMOND & JONES, LLP
1617 JFK BOULEVARD, SUITE 1400
PHILADELPHIA, PA 19103