# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 18-13603-MDC

LISA DANIELLE RUSSO

2834 S. 10TH STREET

PHILADELPHIA, PA 19148

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    LISA DANIELLE RUSSO

    2834 S. 10TH STREET

    PHILADELPHIA, PA 19148

Counsel for debtor(s), by electronic notice only.

    CHRISTIAN A DICICCO
    2008 CHESTNUT ST

    PHILADELPHIA, PA 19103

Date: 8/25/2020

/S/ William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee