United States Bankruptcy Court
Eastern District of Pennsylvania

```
In re:                                                          Case No. 18-13603-mdc
Lisa Danielle Russo                                             Chapter 13
       Debtor
```

# CERTIFICATE OF NOTICE

```
District/off: 0313-2         User: PaulP              Page 1 of 2              Date Rcvd: Sep 25, 2020
                             Form ID: pdf900          Total Noticed: 41
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 27, 2020.
```
db            +Lisa Danielle Russo,    2834 S. 10th Street,     Philadelphia, PA 19148-5009
14115362      +Amex,    Correspondence,    Po Box 981540,    El Paso, TX 79998-1540
14179580      +Aurora Financial Group, Inc,    c/o Freedom Mortgage Corporation,    10500 Kincaid Drive,
                Fishers, IN 46037-9749
14115368      +Citibank/The Home Depot,    Centralized Bankruptcy,    Po Box 790034,    St Louis, MO 63179-0034
14115373      +Freedom Mortgage,    PO Box 619063,    Dallas, TX 75261-9063
14115374      +Freedom Mortgage Corp,    Attn: Bankruptcy,    Po Box 489,    Mt Laurel, NJ 08054-0489
14115376      +Jefferson - Methodist Hospital,    PO Box 3475,    Toledo, OH 43607-0475
14115377       Jefferson University Hospitals,    PO Box 3475,    Toledo, OH 43607-0475
14115378       Jefferson University Physicians,    Central Business Office,    PO Box 40089,
                Philadelphia, PA 19106-0089
14115379      +Joyce L. Russo,    2834 S. 10th Street,     Philadelphia, PA 19148-5009
14115380      +KML Law Group, P.C.,    Suite 5000-BNY Independence Center,    701 Market Street,
                Philadelphia, PA 19106-1538
14115381      +LoanCare LLC,    3637 Sentara Way,    Virginia Beach, VA 23452-4262
14178153       M& T Bank,    PO Box 1508,    Buffalo, NY 14240-1508
14115383       Methodist Hospital,    PO Box 3475,    Toledo, OH 43607-0475
14115385       Prfrd Cus Ac,    Cscl Dispute Team N8235-04m,    Des Moines, IA 50306
14115390       Target,    Target Card Services,    Mail Stop NCB-0461,    Minneapolis, MN 55440
14115391      +Visa Dept Store National Bank/Macy's,    Attn: Bankruptcy,    Po Box 8053,    Mason, OH 45040-8053
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            E-mail/Text: megan.harper@phila.gov Sep 26 2020 04:18:22     City of Philadelphia,
                City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                Philadelphia, PA  19102-1595
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Sep 26 2020 04:17:45
                Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                Harrisburg, PA  17128-0946
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Sep 26 2020 04:18:17     U.S. Attorney Office,
                c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr            +E-mail/PDF: gecsedi@recoverycorp.com Sep 26 2020 04:24:58     Synchrony Bank,
                c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14115363      +E-mail/Text: bnc-aquafinance@quantum3group.com Sep 26 2020 04:18:37     Aqua Finance, Inc.,
                1 Corporate Drive,    Wausau, WI 54401-1724
14115365       E-mail/Text: andread@carmelfinancial.com Sep 26 2020 04:17:23     Carmel Financial Corp,
                C/O Aam,    101 E Carmel Dr, Ste 205,    Carmel, IN 46032
14115369       E-mail/Text: megan.harper@phila.gov Sep 26 2020 04:18:21     City of Philadelphia,
                Law Dept. Tax Unit,    One Parkway Bldg. - Bankruptcy Group,    1515 Arch Street, 15th Floor,
                Philadelphia, PA 19102-1595
14115364      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Sep 26 2020 04:24:15     Capital One,
                Attn: Bankruptcy,    Po Box 30285,    Salt Lake City, UT 84130-0285
14115370      +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Sep 26 2020 04:17:39     Comenitybank/venus,
                Attn: Bankruptcy Dept,    Po Box 182125,    Columbus, OH 43218-2125
14115371      +E-mail/Text: bankruptcy@connexuscu.org Sep 26 2020 04:18:45     Connexus Credit Union,
                Attn: Bankruptcy,    Po Box 8026,    Wausau, WI 54402-8026
14124178      +E-mail/Text: bncmail@w-legal.com Sep 26 2020 04:18:12     FOUNDATION FINANCE COMPANY,
                C O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
14115372      +E-mail/Text: nwilliamson@foundationfinance.com Sep 26 2020 04:18:44     Foundation Finance,
                7802 Meadow Rock Drive,    Weston, WI 54476-5262
14115375      +E-mail/PDF: gecsedi@recoverycorp.com Sep 26 2020 04:25:00     GE Capital Retail Bank,
                Attn: Bankruptcy Dept.,    PO Box 103104,    Roswell, GA 30076-9104
14115366       E-mail/PDF: ais.chase.ebn@americaninfosource.com Sep 26 2020 04:24:15     Chase Card Services,
                Correspondence Dept,    Po Box 15298,    Wilmington, DE 19850
14115367       E-mail/PDF: ais.chase.ebn@americaninfosource.com Sep 26 2020 04:25:00     Chase Mortgage,
                Attn: Case Research & Bankruptcy,    Po Box 24696,    Columbus, OH 43224
14115382       E-mail/Text: camanagement@mtb.com Sep 26 2020 04:17:39     M&T Credit Services,
                Legal Document Processing,    1100 Wherle Dr,    Williamsville, NY 14221
14115384      +E-mail/Text: cedwards@ncsplus.com Sep 26 2020 04:17:36     Ntl Crdt Sys,    117 E 24th St,
                New York, NY 10010-2937
14116247      +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 26 2020 04:25:02
                PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14192133       E-mail/Text: bnc-quantum@quantum3group.com Sep 26 2020 04:17:41
                Quantum3 Group LLC as agent for,    Aqua Finance Inc,    PO Box 788,    Kirkland, WA  98083-0788
14115386      +E-mail/PDF: gecsedi@recoverycorp.com Sep 26 2020 04:24:57     Synchrony Bank,
                Attn: Bankruptcy,    Po Box 965060,    Orlando, FL 32896-5060
14115387      +E-mail/PDF: gecsedi@recoverycorp.com Sep 26 2020 04:24:59     Synchrony Bank/Care Credit,
                Attn:  Bankruptcy Dept,    Po Box 965061,    Orlando, FL 32896-5061
14115388      +E-mail/PDF: gecsedi@recoverycorp.com Sep 26 2020 04:24:58     Synchrony Bank/Lowes,
                Attn:  Bankruptcy Dept,    Po Box 965060,    Orlando, FL 32896-5060
14115389      +E-mail/PDF: gecsedi@recoverycorp.com Sep 26 2020 04:25:00     Synchrony Bank/Walmart,
                Attn:  Bankruptcy Dept,    Po Box 965060,    Orlando, FL 32896-5060
14179416      +E-mail/Text: bncmail@w-legal.com Sep 26 2020 04:18:12     TD Bank USA, N.A.,
                C O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
                                                                                               TOTAL: 24
```

```
District/off: 0313-2          User: PaulP                Page 2 of 2              Date Rcvd: Sep 25, 2020
                              Form ID: pdf900            Total Noticed: 41
```

          ***** BYPASSED RECIPIENTS (continued) *****

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 27, 2020                                   Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 25, 2020 at the address(es) listed below:
          CHRISTIAN A. DICICCO    on behalf of Debtor Lisa Danielle Russo
           cdicicco@myphillybankruptcylawyer.com, christianadicicco@gmail.com;r57075@notify.bestcase.com
          JEROME B. BLANK    on behalf of Creditor    Aurora Financial Group, Inc. paeb@fedphe.com
          REBECCA ANN SOLARZ    on behalf of Creditor    Aurora Financial Group, Inc. bkgroup@kmllawgroup.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com
                                                                                            TOTAL: 5

UNITED STATES BANKRUTPCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  
LISA DANIELLE RUSSO

Chapter 13

Debtor

Bankruptcy No. 18-13603-MDC

# ORDER

**AND NOW**, upon consideration of the Motion to Dismiss Case filed by William C. Miller, Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

September 24, 2020

Magdeline D. Coleman  
Chief Bankruptcy Judge

William C. Miller, Trustee  
P.O. Box 1229  
Philadelphia, PA  19105

Debtor's Attorney:  
CHRISTIAN A DICICCO  
2008 CHESTNUT ST

PHILADELPHIA, PA 19103

Debtor:  
LISA DANIELLE RUSSO

2834 S. 10TH STREET

PHILADELPHIA, PA 19148